IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES SEWELL, *et al.*,     ) | |
|     ) | |
|   Plaintiffs,     ) | |
|     ) | |
| v.     ) | CIVIL ACT. NO. 2:20-cv-697-ECM |
|     ) | (WO) |
| ABS SOUTHEAST, *et al.*,     ) | |
|     ) | |
|   Defendants.     ) | |

_____

| | |
|---|---|
| ALFA MUTUAL INS. CO.,     ) | |
|     ) | |
|   Plaintiff,     ) | |
|     ) | |
| v.     ) | CIVIL ACT. NO. 2:20-cv-698-ECM |
|     ) | |
| EUROPEAN STUCCO & DESIGN, LLC, *et al.*,     ) | |
|     ) | |
|   Defendants.     ) | |

**ORDER**

For good cause, it is

ORDERED that the Order of Consolidation dated October 1, 2020 is VACATED, and these cases are no longer consolidated. The Clerk of the Court is DIRECTED to file a copy of this Order in both cases referred herein.

DONE this 16th day of September, 2021.

                                          /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE